# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SHERRY CRUZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DITTO TECHNOLOGIES, INC.,<br><br>Defendant. | No. 1:21-cv-01252<br><br>Honorable Sue E. Myerscough |

## DEFENDANT DITTO TECHNOLOGIES, INC.'S MOTION TO DISMISS

Defendant Ditto Technologies, Inc. ("Ditto") respectfully moves to dismiss Plaintiff's Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3) and 12(b)(6). In support of its motion, Ditto is filing contemporaneously a supporting Memorandum of Law.

WHEREFORE, Ditto Technologies, Inc. respectfully requests the Court enter an Order dismissing Plaintiff's Class Action Complaint with prejudice and for any other further relief as this Court deems appropriate.

Dated: October 12, 2021

Respectfully submitted,

**DITTO TECHNOLOGIES, INC.**

By: /s/ Melissa A. Siebert

Melissa A. Siebert (masiebert@shb.com)
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Melissa A. Siebert, an attorney, hereby certify that on **October 12, 2021**, I caused a true and correct copy of the foregoing **DEFENDANT DITTO TECHNOLOGIES, INC.'S MOTION TO DISMISS OR, ALTERNATIVELY, TRANSFER VENUE** to be filed via the Court's ECF system and served on the counsel of record.

*/s/ Melissa A. Siebert*