# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SHERRY CRUZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff*,<br><br>v.<br><br>DITTO TECHNOLOGIES, INC.,<br><br>*Defendant*. | Case No.: 1:21-cv-01252<br><br>Honorable Sue E. Myerscough |

## JOINT STIPULATION TO TRANSFER VENUE

Plaintiff Sherry Cruz ("Plaintiff" or "Cruz") and Defendant Ditto Technologies, Inc., ("Defendant" or "Ditto") by and through their respective counsel, jointly stipulate and move the Court as follows:

WHEREAS, Plaintiff originally filed this action in the Circuit Court of Sangamon County, Illinois;

WHEREAS, Defendant timely removed the action to the United States District Court for the Central District of Illinois pursuant to 28 U.S.C. §§ 1332(d), 1441, 1446, and 1453(b);

WHEREAS, following discussion by and between all parties, and pursuant to 28 U.S.C. § 1404(a), all parties request that this matter be transferred to the United States District Court for the Northern District of Illinois;

WHEREAS, the convenience of the parties and witnesses are likely to be advanced by transfer because Plaintiff is located in the Northern District of Illinois and Plaintiff used the Zenni Optical website that purportedly gives rise to her claims against Ditto in the Northern District of Illinois;

THEREFORE, in consideration of the above, Plaintiff Sherry Cruz and Defendant Ditto Technologies, Inc. certify that they have met and conferred and agree to hereby stipulate to transfer this action to the United States District Court for the Northern District of Illinois.

Dated: November 3, 2021

By: */s/ Adam Florek*

Brandon M. Wise – #6319580
Adam Florek - #6320615
Paul A. Lesko - #6288806
**PEIFFER WOLF CARR KANE & CONWAY, LLP**
818 Lafayette Ave., Floor 2
St. Louis, Missouri 63104
(314) 833–4825
bwise@peifferwolf.com
plesko@peifferwolf.com
aflorek@peifferwolf.com

*Attorneys for Plaintiff*

Respectfully submitted,

By: */s/ Melissa A. Siebert*

Melissa A. Siebert
**SHOOK, HARDY & BACON, LLP**
111 S. Wacker Dr., Suite 4700
Chicago, Illinois 60606
(312) 704–7700
masiebert@shb.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 3, 2021, a true and accurate copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF e-filing system. Said system will provide notice and allow access to all counsel of record.

                                                                                          */s/ Adam Florek*