UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SHERRY CRUZ**, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff*,<br><br>v.<br><br>**DITTO TECHNOLOGIES, INC.**,<br><br>*Defendant*. | Case No. 1:21-cv-05989<br><br>Judge: Hon. John F. Kness |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Sherry Cruz and Defendant Ditto Technologies, Inc., by and through their respective undersigned counsel, to hereby request that this matter be dismissed in its entirety with prejudice, with each side to bear its own costs and fees, and that all future dates be stricken. A Proposed Order is submitted herewith.

Respectfully submitted,

By: */s/ Brandon M. Wise*

Brandon M. Wise
Paul A. Lesko
Adam Florek
PEIFFER WOLF CARR KANE & CONWAY, LLP
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Ph: 314-833-4825
Email: bwise@peifferwolf.com
Email: plesko@peifferwolf.com
Email: aflorek@peifferwolf.com

COUNSEL FOR THE PLAINTIFF

By: */s/ Melissa A. Siebert*

Melissa A. Siebert
SHOOK, HARDY & BACON, LLP.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Ph: 312-704-7700
Email: masiebert@shb.com

COUNSEL FOR THE DEFENDANT

1