UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SHERRY CRUZ**, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> *Plaintiff*, <br><br> v. <br><br> **DITTO TECHNOLOGIES, INC.**, <br><br> *Defendant*. | Case No. 1:21-cv-05989 <br><br> Judge: Hon. John F. Kness |

**ORDER ON JOINT STIPULATION OF DISMISSAL**

**THIS CAUSE** having come before the Court for consideration on the Parties Joint Stipulation for Dismissal, and the Court, having reviewed the Stipulation and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that this case is dismissed in its entirety with prejudice, with each party to bear its own costs and fees.

**IT IS FURTHER ORDERED** that all currently set dates and deadlines are stricken.

Entered: February [____], 2022

_____
The Honorable Judge John F. Kness
United States District Court Judge